PAG ATW
1983 FORM Rev. 01/2008

FILED BY _MP_ D.C.
JAN 21 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jarvis Robinson - 13770-104
Name and Prisoner/Booking Number

FDC Miami
Place of Confinement

P.O. Box 019120
Mailing Address

Miami, FL 33101
City, State, Zip Code

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jarvis Robinson
(Full Name of Plaintiff)

Case No. _____
(To be supplied by the Clerk)

vs.

E.K. Carlton, Warden FDC Miami;
Officer E. Kan, Unit Officer;
Bureau of Prisons; Unknown officer

(Full Names of Defendants; DO NOT USE *et al.*)

PRISONER CIVIL RIGHTS COMPLAINT
TRIAL BY JURY DEMANDED

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Jarvis Robinson

   Institution/city where violation occurred: FDC Miami

3. First Defendant *: E.K. Carlton

   This defendant is a citizen of (state and county) Florida, Miami-Dade County,
   and is employed as:

   Warden at Federal Detention Center
   (Position and Title)                    (Institution)

   This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how

1

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
Defendant was acting as the warden as an employee of the Bureau of Prisons.

4. Second Defendant: E. Kan

This defendant is a citizen of (state and county) Florida, Miami-Dade County, and is employed as:

Unit Officer (Position and Title) at Federal Detention Center Miami (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how this defendant was acting under color of law:
Defendant was acting as a Unit officer as an employee of the Bureau of Prisons.

5. Third Defendant: Unknown Officer

This defendant is a citizen of (state and county) Florida Miami-Dade County, and is employed as:

SHU Officer (Position and Title) at Federal Detention Center Miami (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how this defendant was acting under color of law:
Defendant was acting as an officer, as an employee of the Bureau of Prisons.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

2. If your answer is yes, how many?: N/A  Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff N/A

      Defendants N/A

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): N/A

   c. Claims raised: N/A

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      N/A

   e. Approximate date of filing lawsuit N/A

   f. Approximate date of disposition N/A

4. Second previous lawsuit:

   a. Plaintiff N/A

      Defendants N/A

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): N/A

   c. Claims raised: N/A

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      N/A

   e. Approximate date of filing lawsuit N/A

   f. Approximate date of disposition N/A

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

   a. Plaintiff __N/A__

   Defendants __N/A__

   b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county): __N/A__

   c. Claims raised: __N/A__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   e. Approximate date of filing lawsuit __N/A__

   f. Approximate date of disposition __N/A__

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___ Yes _✓_ No.

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
5th, 8th and 14th Amendments, conspiracy against rights, deprivation of rights, 42 USC 241 and 242

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)　　☐ Mail　　☐ Access to the court　　☐ Medical care
☐ Disciplinary proceedings　　☐ Property　　☐ Exercise of religion　　☐ Retaliation
☐ Excessive force by an officer　　☑ Threat to safety　　☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Defendant Carlton did not ensure safety protocols were being followed to prevent the assault on the Plaintiff. Officer E. Kan failed to protect plaintiff and contributed to the assault of the Plaintiff by releasing Brandon Robinson ("hereinafter perpetrator") out of his cell at an unauthorized time when his tier was not suppose to be out of their cells. Defendant Kan's negligence to follow BOP protocol for tier times facilitated the assault on the Plaintiff and had Defendant Kan simply followed BOP protocols the attack would have been prevented.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Because of Defendant Carlton and Defendant Kan's actions or inaction, Plaintiff was stabbed in the showers in the head, shoulders and torso region because the perpetrator was released from his cell at an unauthorized time. Plaintiff has received multiple wounds which required stitches. Plaintiff has anxiety, mental anguish and emotional distress and is fearful and paranoid of taking a shower for being assaulted again. Plaintiff now will only take a shower when everyone is locked down for fear of being assaulted again.

5

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): 5th, 8th and 14th Amendments, conspiracy against rights, deprivation of rights, 42 USC 241 and 242

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail ☐ Access to the court ☑ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Defendant Carlton and his staff grossly neglected Plaintiff by depriving Plaintiff of adequate medical care after the assault. Defendant Carlton and his staff did not transport Plaintiff to an emergency room to adequately ascertain the extent of Plaintiff's injuries. Notwithstanding the life threatening situation the Plaintiff was subjected to and endured, Defendant Carlton and his staff failed to provide any psychological treatment to the Plaintiff for the traumatic event that transpired and Plaintiff currently suffers from.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Plaintiff have sustained physical, mental and psychological trauma because of the deliberate indifference to the well being of the Plaintiff after the assault. Plaintiff has developed severe anxiety of taking a shower and emotional distress for being placed in the SHU when the Plaintiff was the victim and not the perpetrator. Plaintiff suffers mental anguish stemming from the Defendants total disregard of the severity of the attack and lack of concern that Plaintiffs life was almost taken.

6

1983 FORM Rev. 01/2008

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s): 5th, 8th and 14th Amendments, Conspiracy against rights, deprivation of rights; 42 USC 241 and 242

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Victim Antagonization

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

After Plaintiff was taken to the SHU after the assault an unknown officer who was on suicide watch detail commented to the Plaintiff that "he heard that the perpetrator was trying to get in the shower to take that ass". This was an inappropriate comment from an employee to the Plaintiff especially with the severity of the assault, the location and that Plaintiff's life could have been taken. This comment by this officer also violates the PREA policy of the BoP.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Plaintiff suffers mental anguish, emotional distress and psychological trauma because Unknown defendant made light of the assault on the Plaintiff in the showers and insinuated that the perpetrator was attempting to rape Plaintiff and laughed as if it
(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)
was something to joke about the Plaintiff being assaulted in the shower with a deadly weapon.

7

PAG ATW
1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Award Punitive, compensatory, special and general damages (for Plaintiff almost being killed) for $20 million dollars.
2. Order defendants to pay for the physical and psychological treatments for the Plaintiff.
3. Termination of employment of all defendants or in the alternative 6 months suspension without pay.
4. Plaintiff's remaining jail time be vacated and Plaintiff immediately released.
5. All attorneys fees to be paid by the defendants.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this  15th  day of  January , 2021 .
(month) (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8

Jarvis Robinson
FDC Miami
P.O. Box 019120
Miami, Florida 33101
Return Receipt Requested

LEGAL MAIL

UNITED STATES
Office of the Cler
400 North Miami,
Miami, FL 331

The enclosed letter processed through special mailing Procedure for forwarding to you. The letter has neither been Opened nor inspected. If the writer raises a question or problem Over which this facility has jurisdiction, you may wish to return The material for further information or clarification. If the writer Encloses correspondence for forwarding to another address, please Return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120

DATE: _____

JAN 19 2021

The enclosed letter processed through special mailing Procedure for forwarding to you. The letter has neither been Opened nor inspected. If the writer raises a question or problem Over which this facility has jurisdiction, you may wish to return The material for further information or clarification. If the writer Encloses correspondence for forwarding to another address, please Return the enclosed to the following address:
FEDERAL DETENTION CENTER

DATE: _____

JAN 19 2021